UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DALE GOODWIN, an individual; JOHN LINDBERGH and NANCY LINDBERGH, husband and wife; DAVID COOKSEY and JILL COOKSEY, husband and wife; ANN WALCH, an individual; and JOHN DOES 1-15,<br><br>    Plaintiffs,<br><br>    v.<br><br>WAYNE BECKLEY, an individual; PAUL BECKLEY, an individual; BALD MOUNTAIN LP, a California limited partnership,<br><br>    Defendants. | Case No. 1:09-CV-594-BLW<br><br>**ORDER** |

The Court has before it a Motion to Withdraw as Attorney of Record for Defendants, Paul Beckley and Bald Mountain, LP (Docket No. 21). Counsel for Defendants Bald Mountain and Paul Beckley requests to withdraw as counsel of record.

NOW THEREFORE IT IS HEREBY ORDERED that pursuant to District of Idaho Local Civil Rule 83.6, the Motion to Withdraw as Counsel (Docket No. 21) shall be, and the same is hereby GRANTED, and counsel is permitted to withdraw

Order - 1

according to the following terms:

1. Withdrawing counsel shall continue to represent Defendants Bald Mountain and Paul Beckley, pursuant to Dist. Idaho Loc. Civ. R. 83.6(c)(2) until proof of service of this Order on the client has been filed with the Court, or alternatively, until such time as Defendants Bald Mountain and Paul Beckley notify the Court in writing that it has received the Court's Order.  The withdrawing attorney shall forthwith and with due diligence serve all other parties and either personally serve copies of the Order upon Defendants Bald Mountain and Paul Beckley or mail the Order by first class mail, return receipt requested.

2. Defendants Bald Mountain and Paul Beckley shall have twenty-one (21) days from the filing of the proof of service by the withdrawing attorney to file written notice with the Court stating how and by whom it will be represented.

3. Upon filing of proof of service on Defendants Bald Mountain and Paul Beckley, no further proceedings can be had in this action that will affect Defendants Bald Mountain and Paul Beckley's rights for a period of twenty-one (21) days.

4. If Defendant Bald Mountain fails to appear in this action through a newly appointed attorney within that twenty-one (21) day period, such failure shall be grounds for entry of default against it with prejudice without further notice.

**Order - 2**

Defendant Bald Mountain cannot appear without being represented by an attorney in accordance with Dist. Idaho Loc. Civ. R. 83.4(d).

5.      Similarly, if Defendant Paul Beckley fails to appear in this action, either in person or through a newly appointed attorney, within that twenty-one (21) day period, such failure shall be grounds for entry of default against him with prejudice without further notice.

DATED:  **June 21, 2010**



B. LYNN WINMILL
Chief U.S. District Court Judge

**Order - 3**