UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DALE GOOD WIN, an individual, JOHN LINDBERGH and NANCY LINDBERGH, husband and wife; DAVID COOKSEY and JILL COOKSEY, husband and wife; ANN WALCH, an individual; and JOHN DOES 1-15,<br><br>    Plaintiffs,<br><br>    v.<br><br>WAYNE BECKLY, an individual; PAUL BECKLEY, an individual; BALD MOUNTAIN LP, a California limited partnership,<br><br>    Defendants. | Case No. 1:09-CV-594-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

On October 12, 2010, the Court issued a Memorandum Decision and Order (Dkt. 38) regarding Plaintiffs' motions for attorney fees (Dkt. 33) and taxation of costs (Dkt. 34). On page three of that Memorandum Decision and Order, the Court reduced Plaintiffs' requested attorney fees by $3,500, which sum was incorrectly calculated. Any reference to the sum of $3,500 in this Court's prior Memorandum Decision and Order (Dkt. 38) should be amended to $350.00 based on the calculation of 3.5 hours of clerical/secretarial time at the rate of $100 per hour. The Court's award of taxable and

MEMORANDUM DECISION AND ORDER - 1

nontaxable costs remains unchanged.

## ORDER

IT IS SO ORDERED:

1. The Court amends its award of fees from $20,558.01 to the amount of $23,708.01.

2. The Court prior award of $408.20 in taxable costs and $1,005.97 in non-taxable costs remains unchanged.

DATED: **November 29, 2010**

B. LYNN WINMILL
Chief Judge U.S. District Court